UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THURMAN E. MCCLAIN,<br><br>　　　　Defendant. | Case No. 02-cr-40076-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Thurman E. McClain's motion for a reduction of the sentence imposed on the revocation of his term of supervised release (Doc. 71). McClain pled guilty and was sentenced in May 2003 for being a felon in possession of a firearm. He served his sentence and began his term of supervised release. After McClain violated several conditions of his supervised release, the Court revoked his supervised release in June 2012 and sentenced him to additional terms of incarceration and supervised release. During this additional term of supervised release, McClain again violated the conditions of his release, and in November 2013, and the Court again revoked his supervised release and imposed terms of incarceration and supervised release. McClain now complains that his latest term of imprisonment exceeds the legally permissible limit.

The Court **DISMISSES** McClain's motion (Doc. 71). The Court imposed McClain's final sentence on his second revocation more than two years ago, and McClain has cited no authority giving the Court jurisdiction to reconsider that decision at this point.

**IT IS SO ORDERED.**
**DATED:　January 21, 2016**

　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**